Default entered against Claude E. Berthiaume, 6253547 Canada, Inc., dba Thompson Hill Publishing, The Official Yellow Page and The OYP Group, Opus Media, Inc., Kari Garon, Stephanie LaChapelle and Integration Media, Inc.

GERI M. SMITH, CLERK

By: s/ Gwen Mackey
Deputy Clerk
2/9/10

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>6253547 CANADA, INC., *et al.*,<br><br>Defendants. | Case No. 1:09CV1211<br>(Member Case 1:09cv1776)<br><br>Judge James Gwin<br><br>Magistrate Judge Vecchiarelli |

**APPLICATION FOR ENTRY OF DEFAULT AGAINST ALL DEFENDANTS**

Plaintiff, Federal Trade Commission (the "FTC" or "Commission"), respectfully requests that default be entered against all Defendants in these consolidated matters pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to answer the FTC's complaint. In support of this application for entry of default, the FTC states as follows:

1. The executed summons attached hereto as **Attachment A**, and previously filed in Case No. 1:09cv1211 on February 1, 2010, as docket item number 36, certifies that Defendant 6253547 Canada, Inc., also d/b/a Thompson Hill Publishing, The Official Yellow Pages, and The OYP Group, was properly served, on June 2, 2009, with copies of the Summons and Complaint for Permanent Injunction and Other Equitable Relief. [Docket No. 36 corrects Docket No. 9, which was mistakenly filed as proof of service on 6253547 Canada, Inc., but is actually a duplicate of Docket No. 11, Proof of Service on Karl Garon.]

2. The executed summons attached hereto as **Attachment B**, and previously filed in Case No. 1:09cv1211 on June 10, 2009, as docket item number 10, certifies that Defendant Opus, Media, Inc. was properly served, on June 2, 2009, with copies of the Summons and Complaint for Permanent Injunction and Other Equitable Relief.